IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 22-cr-30079-SMY |
| ) | |
| GARRELLE S. L. WHITEHORN, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

The Court entered an order against Defendant Garrelle S. L. Whitehorn on November 1, 2023 (Doc. 40), for the following property which had been seized from the Defendant:

**A Glock 22 with serial number AFTK614 and thirteen rounds of ammunition contained therein.**

The Order further provided that the Government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

Notice was published by the Government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning November 3, 2023, and ending December 2, 2023, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property. Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the judgment (Doc. 40) filed on November 1, 2023.

Accordingly, the United States Marshal or the custodian for the Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**IT IS SO ORDERED.**

**DATED:   February 15, 2024**

**STACI M. YANDLE**
**United States District Court Judge**